## SUPREME COURT.

### DAVIS, HOLMES AND DAVIS JR. agt. SCHERMERHORN.

One of several plaintiffs having been discharged under the two-third act, and assigned his property to a coplaintiff, after suit commenced, issue joined, cause referred and some testimony taken, plaintiffs were allowed to amend by striking out the name of the plaintiff discharged, and to show in the complaint the assignment to the coplaintiff.

*Albany Special Term, August* 1850. It was shown in this case, by affidavit, that since this suit was commenced, Holmes, one of the plaintiffs, had been discharged under the two-third act as an insolvent debtor, and under the order of the judge, assigned all his property to another plaintiff, Charles M. Davis, assignee, duly appointed for that purpose; and that the property assigned was not sufficient to pay his debts. On these facts the plaintiffs moved to strike out the name of Holmes as a plaintiff, and to amend the declaration so as to show the assignment to Davis. It appeared issue had been joined and the cause referred to a referee, before whom some testimony had been taken.

C. STEVENS, *for Plaintiffs.*

J. K. PORTER, *for Defendant.*

PARKER, Justice.—Ordered that such amendment be made, and the name of Holmes be struck out, on paying $10 costs of this motion, and on giving security, by a bond to be approved by the county judge of Rensselaer county, to pay, in case the defendant recover judgment in this action, that portion of the defendant's costs which had accrued previous to the time of making this motion,